JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MORDO MUTAL, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-06923-MWF-JC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Michael Mordo Mutal ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: December 4, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE